1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRY LEFAVOUR,

11           Plaintiff,                        No. CIV S-10-1063 FCD GGH P

12       vs.

13   M. CATES, et al.,

14           Defendants.                       FINDINGS AND RECOMMENDATIONS

15   _____/

16           By an order filed April 22, 2010, plaintiff was ordered to file an in forma pauperis

17   affidavit within thirty days and was cautioned that failure to do so would result in a

18   recommendation that this action be dismissed.  The thirty day period has now expired, and

19   plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit.

20   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

21           These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23   days after being served with these findings and recommendations, any party may file written

24   objections with the court and serve a copy on all parties.  Such a document should be captioned

25   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

26   shall be served and filed within fourteen days after service of the objections.  The parties are

                                              1

1    advised that failure to file objections within the specified time may waive the right to appeal the

2    District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3    DATED: June 18, 2010

4

5                                                                /s/ Gregory G. Hollows
                                                         _____
6    /lefa1063.fifp                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26